**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

CINCINNATI INSURANCE COMPANY,
        Plaintiff/Petitioner,

vs.                                            Cause No. 2:17-cv-00382 SWS/MLC

THE CASITAS AT MORNINGSTAR
HOMEOWNERS ASSOCIATION, INC.

        Defendant/Respondent.

**JOINT MOTION FOR ENTRY OF STIPULATED ORDER OF DISMISSAL**

The parties jointly move for entry of an order of dismissal of all claims, with prejudice and with each party to bear its own attorneys' fees. As grounds for the motion, the parties advise the Court that they have reached a settlement in this matter.

        Respectfully Submitted,

        MODRALL, SPERLING, ROEHL, HARRIS
          & SISK, P.A.

        By: /s/ *Jennifer G. Anderson*
        Jennifer G. Anderson
        Post Office Box 2168
        500 Fourth Street NW, Suite 1000
        Albuquerque, New Mexico  87103-2168
        Telephone: 505.848.1800
        *Attorneys for Cincinnati Insurance Co.*

        By: *electronic approval 12/07/17*
        Leslie McCarthy Apodaca
        Rodey Dickason Sloan Akin & Robb, P.A.
        P.O. Box 1888
        Albuquerque, NM 87103
        Tel: (505) 765-5900
        lapodaca@rodey.com

Randal L. Dean
Daniel J. Paret
Brown Pruitt Wambsganss Ferrill & Dean, P.C.
201 Main Street, Suite 801
Ft. Worth, TX 76102
Tel: (817) 338-4888
rdean@brownpruitt.com
dparet@brownpruitt.com

*Attorneys for Defendant The Casitas at Morningstar Homeowners Association, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 7th day of December, 2017 I filed the foregoing document through the CM/ECF system causing all parties or counsel to be served by electronic means, as more fully reflected on the notice of electronic filing.

Leslie McCarthy Apodaca
Rodey Dickason Sloan Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103
Tel: (505) 765-5900
*lapodaca@rodey.com*

Daniel J. Paret
Brown Pruitt Wambsganss Ferrill & Dean, P.C.
201 Main Street, Suite 801
Ft. Worth, TX 76102
Tel: (817) 338-4888
*dparet@brownpruitt.com*

*Counsel for Defendant The Casitas at Morningstar Homeowners Association, Inc.*

MODRALL, SPERLING, ROEHL,
  HARRIS & SISK, P.A.

By: */s/ Jennifer G. Anderson*
       Jennifer G. Anderson