IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

```
FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2017 DEC -8 PM 4:15

STEPHAN HARRIS, CLERK
            CASPER
```

CINCINNATI INSURANCE COMPANY,

    Plaintiff/Petitioner,

vs.                                                       Cause No. 2:17-cv-00382 SWS/MLC

THE CASITAS AT MORNINGSTAR

HOMEOWNERS ASSOCIATION, INC.

    Defendant/Respondent.

## STIPULATED ORDER FOR DISMISSAL OF CLAIMS

THIS MATTER having come before the Court on the parties' Joint Motion for Entry of Order for Dismissal of Claims, the Court being advised on the premises finds that the Motion is well taken and is, therefore, GRANTED.

IT IS THEREFORE ORDERED that all claims at issue in this case shall be dismissed with prejudice, with each party to bear its own attorneys' fees.

_____
US District Court Judge

Submitted by:

MODRALL, SPERLING, ROEHL
    HARRIS & SISK, P.A.

By:/s/ Jennifer G. Anderson_____
Jennifer G. Anderson (jga@modrall.com)
P. O. Box 2168
Albuquerque, NM 87103-2168
Phone: (505) 848-1839
*Attorneys for Cincinnati Ins. Co.*

Approved as to form:

By *Electronically approved on 12/07/17*
Leslie McCarthy Apodaca
Rodey Dickason Sloan Akin & Robb, P.A.
P.O. Box 1888
Albuquerque, NM 87103
Tel: (505) 765-5900
lapodaca@rodey.com

Randal L. Dean
Daniel J. Paret
Brown Pruitt Wambsganss Ferrill & Dean, P.C.
201 Main Street, Suite 801
Ft. Worth, TX 76102
Tel: (817} 338-4888
rdean@brownpruitt.com
dparet@brownpruitt.com

*Counsel for Defendant The Casitas at*
*Morningstar Homeowners Association, Inc.*